

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 3, 2008

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

    Re:    **United States v. Darryl Harris,**
             **07 Cr. 1134 (KMK)**

Dear Judge Karas:

    With the consent of defense counsel, the Government respectfully requests that the time from January 3, 2008 through January 7, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The Government will be providing discovery to defense counsel by Federal Express on January 3, 2008 so that defense counsel may review it prior to the conference..

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

           By:  *[signature]*
                   John P. Collins, Jr
                   Assistant United States Attorney
                   (914) 993-1919

cc:    Larry Sheehan, Esq.

SO ORDERED:

*[signature]*

Hon. Kenneth M. Karas
United States District Judge

DATED: JANUARY 3, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```