U.S. Department of Justice



United States Attorney
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 17, 2008

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

    Re:    **United States v. Darryl Harris,**
           **07 Cr. 1134 (KMK)**

Dear Judge Karas:

    With the consent of defense counsel, the Government respectfully requests that the time from July 17, 2008 through July 21, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar, pursuant to 18 U.S.C. § 3161(h)(1)(F), based on a finding that a pre-trial motion is pending before the Court..

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

           By: _____
                John P. Collins, Jr
                Assistant United States Attorney
                (914) 993-1919

cc:    Larry Sheehan, Esq.

SO ORDERED:

_____
Hon. Kenneth M. Karas  7/18/08
United States District Judge

**SO ORDERED**

_____
KENNETH M. KARAS U.S.D.J.