

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 2, 2008

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    Re:   **United States v. Darryl Harris,**
           07 Cr. 1134 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter to confirm the parties' discussions this afternoon regarding the defendant's deadline for acceptance of responsibility. Your Honor previously set Wednesday, September 3, 2008, as the defendant's deadline for acceptance of responsibility. The parties jointly seek the Court's permission to allow the defendant to meet that deadline by informing the Government of his intention to plead guilty no later than close of business on September 3, and entering a plea of guilty on or before Friday, September 5, 2008.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

             By:  */s/ Anna Skotko*
                     Anna M. Skotko
                     Assistant United States Attorney
                     Phone: (914) 993-1939

cc:    Larry J. Sheehan, Esq. (by Fax)

*[Handwritten endorsement:]* The Clerk is respectfully requested to docket this letter. So Ordered. /s/ KMK 9/3/08